**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **Constance Pietrzak,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **Advocate Health and Hospitals** ) <br> **Corporation d/b/a Advocate Medical** ) <br> **Group,** ) <br> ) <br> **Defendant.** | **Case No. 1:23-cv-15227** <br><br> **Judge Matthew F. Kennelly** |

**STIPULATION OF DISMISSAL**

Plaintiff Constance Pietrzak ("Plaintiff" or "Pietrzak") and Defendant Advocate Health and Hospitals Corporation d/b/a Advocate Medical Group ("Defendant" or "Advocate"), by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and this Court's October 14, 2025 Order (Dkt. 78), hereby agree to the dismissal of this action without prejudice, which dismissal will convert to a dismissal with prejudice (if not reinstated) on or before November 30, 2025, with each party to bear its own fees and costs.

| | |
|---|---|
| Constance Pietrzak | Advocate Health and Hospitals Corporation d/b/a Advocate Medical Group |
| Plaintiff | Defendant |
| By: s/ Joseph E. Urani (per email consent) <br>    One of her Attorneys | By:  s/Jill S. Vorobiev <br>    One of its Attorneys |
| Joseph E. Urani (6278626) <br> Kreamer Law Group <br> 1100 E. Warrenville Rd., Suite 135 <br> Naperville, IL 60563 <br> Tel.: (630) 995-3668 <br> Email: joe.urani@kreamerlawgroup.com | Jill S. Vorobiev (6237734) <br> Morgan, Lewis & Bockius LLP <br> 110 North Wacker Drive, Suite 2800 <br> Chicago, IL 60606-7507 <br> Tel.: (312) 324-1000 <br> Email: jill.vorobiev@morganlewis.com |

Dated: October 15, 2025